ROBERT WAGGENER - SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Avenue
San Francisco, California 94103
Phone: (415) 431-4500
Fax: (415) 255-8631
E-Mail: rwlaw@mindspring.com

Attorney for Defendant **SCANVINSKI HYMES**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-13-0800 WHO |
| Plaintiff, | **STIPULATION AND ORDER TO SET JULY 11, 2019 FOR A STATUS CONFERENCE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| SCANVINSKI HYMES, | |
| Defendant. | |

    The parties are currently scheduled to appear before the Court on June 20, 2019 at 1:30 p.m.. The government has produced discovery and provided a plea offer to defendant, and defense counsel needs additional time to review these materials with his client and to provide him with a tablet containing the materials. Accordingly, the parties seek to continue the June 20, 2019, status conference and to set July 11, 2019, at 1:30 p.m., for a further status conference. The parties agree that time between June 20, 2019 and July 11, 2019, be excluded for effective preparation of counsel. Pursuant to 18 U.S.C.§3161(h)(7)(B)(iv), the parties agree that the ends of justice served by granting the continuance to July 11, 2019, outweigh the best interest of the

//

//

**STIP & ORDER TO SET JULY 11, 2019
FOR A STATUS CONFERENCE AND TO EXCLUDE
TIME UNDER THE SPEEDY TRIAL ACT**

public and the defendant in a speedy trial.

SO STIPULATED.

DATED: June 18, 2019        /s/
ROBERT WAGGENER
Attorney for Defendant
SCANVINSKI HYMES

DATED: June 18, 2019        /s/
PHILIP ANDREW KOPCZYNSKI
Assistant United States Attorney

Attestation of Filer

In addition to myself, the other signatory to this document is Philip Andrew Kopczynski. I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

DATED: June 18, 2019        /s/
ROBERT WAGGENER
Attorney for Defendant
SCANVINSKI HYMES

ORDER

For the reason stated, IT IS HEREBY ORDERED that the status conference set for June 20, 2019 is continued to July 11, 2019 at 1:30 p.m. The time between June 20, 2019, and July 11, 2019, is excluded under the Speedy Trial Act for effective preparation of counsel pursuant to 18 U.S.C.§ 3161(h)(7)(B)(iv). The ends of justice served by granting the continuance to July 11, 2019, outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: June 19, 2019

WILLIAM H. ORRICK
United States District Judge