UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** June 24, 2020     **Time:** 31 minutes     **Judge:** WILLIAM H. ORRICK
                    12:59 p.m. to 1:30 p.m.

**Case No.:** 13-cr-00800-WHO-4     **Case Name:** UNITED STATES v. Hymes

**Attorney for Plaintiff:**  Philip Kopczynski
**Attorney for Defendant:**  Robert Waggener
                     Defendant **Scanviski Jerome Hymes** – present (by phone), in custody

**Deputy Clerk:** Jean Davis          **Court Reporter:** Ruth Levine Ekhaus
**Interpreter:** n/a                  **Probation Officer:** Ana Mendoza

## PROCEEDINGS

Parties appear telephonically (due to restrictions associated with the COVID-19 pandemic) for hearing on the government's appeal of the Magistrate Judge's order for pre-sentence release. The Court has reviewed the docket, including the memoranda, exhibits, the bail report, and the transcripts of the hearings before Magistrate Judge Beeler. In addition, the Court has presided over this matter for the past seven years and is familiar with the progress of the case. The Court summarizes all the factors considered in making an appropriate decision as to whether Mr. Hymes should be released from custody pending sentencing, which is currently set for August 13, 2020. Argument of counsel heard. Mr. Hymes heard on his own behalf.

For the reasons outlined on the record, the Court reverses Judge Beeler's order for presentence release. Mr. Hymes will remain in custody. Counsel may contact the Court if they wish to stipulate to a sentencing date earlier than August 13, 2020.

**CASE is set for Sentencing Hearing on August 13, 2020 at 1:30 p.m.**